996

No. 03–6584.   GREEN v. UNITED STATES; and HUNT v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   Reported below: 73 Fed. Appx. 81.

No. 03–6586.   DUENEZ GUTIERREZ v. UNITED STATES (Reported below: 73 Fed. Appx. 82); DE LA CRUZ-RODRIGUEZ v. UNITED STATES (73 Fed. Appx. 81); SALAZAR-GONZALEZ v. UNITED STATES (73 Fed. Appx. 81); AMAYA-SALAZAR v. UNITED STATES (73 Fed. Appx. 81); CANO-RAMIREZ v. UNITED STATES (73 Fed. Appx. 81); GUTIERREZ-PANDY, AKA CAYATANO v. UNITED STATES (73 Fed. Appx. 82); MARTINEZ-MONTEROSA v. UNITED STATES (73 Fed. Appx. 81); LEON-SANCHEZ, AKA REINA-DELEON v. UNITED STATES (73 Fed. Appx. 82); BRIONES-MALDONADO v. UNITED STATES (73 Fed. Appx. 82); SANCHEZ-LANDA, AKA SANCHEZ-SANCHEZ v. UNITED STATES (73 Fed. Appx. 81); ESQUIVEL-JUAREZ v. UNITED STATES (73 Fed. Appx. 82); CANTU-PEDROZA v. UNITED STATES (73 Fed. Appx. 81); CRAWFORD-AYUSO v. UNITED STATES (73 Fed. Appx. 81); HURTADO-DAMIAN v. UNITED STATES (73 Fed. Appx. 82); CORDERO-MERCADO v. UNITED STATES (73 Fed. Appx. 82); ROSA-JUAREZ v. UNITED STATES (73 Fed. Appx. 81); LOPEZ-RAMIREZ v. UNITED STATES (73 Fed. Appx. 82); HERRERA-TRUCHE v. UNITED STATES (73 Fed. Appx. 83); REGINO-VILLANUEVA, AKA REGINO v. UNITED STATES (73 Fed. Appx. 81); and GUZMAN-LARA v. UNITED STATES (73 Fed. Appx. 82).   C. A. 5th Cir.   Certiorari denied.

No. 03–6587.   BINFORD v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 03–6589.   RODRIGUEZ v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 03–6590.   RASHID v. UNITED STATES PAROLE COMMISSION ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 03–6592.   MARTINEZ-GONZALEZ, AKA GONZALEZ-MARTINEZ v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 03–6595.   MULLENS v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 03–6599.   GAMMONS v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.